# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **DENNYS MATOS-RAMIREZ,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **PAMELA JO BONDI, U.S. ATTORNEY GENERAL; KRISTI NOEM, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; AND WARDEN, ERO EL PASO CAMP EAST MONTANA;** | § § § § § § | **No. 3:26-CV-00367-LS** |
| | § | |
| ***Respondents*.** | § | |

## ORDER FOR UPDATED STATUS

The government shall file on or before **November 13, 2026,** a response explaining whether Petitioner remains in custody. If so, it should explain what efforts it has taken to remove Petitioner and Petitioner's cooperation or noncooperation regarding same.

**SO ORDERED**.

**SIGNED** and **ENTERED** on October 31, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**